## Elbridge Gerry *vs.* Daniel Gerry & another.

If a trustee process is brought against two defendants and two trustees, describing them individually and not as partners, and the trustees are summoned as partners only, the latter are entitled to only one bill of costs, although they make four different answers.

Trustee process against Daniel Gerry and Sarah Gerry, his wife, upon a judgment recovered by the plaintiff against them. George W. Trowbridge and Leander F. Lynde were summoned as trustees, the writ not describing them as partners. The officer's return showed that he summoned the trustees by delivering a copy to Trowbridge, " he acknowledging service for the firm of Trowbridge & Lynde." Trowbridge and Lynde each filed two answers, by the same attorney, who claimed four bills of costs in their behalf; but only one bill of costs was allowed in the superior court, and the trustees appealed to this court.

*A. V. Lynde,* for the trustees.

*J. P. Converse,* for the plaintiff, was not called on.

BY THE COURT. The trustees were summoned as copartners only. No service was made on them individually. The answer of one copartner only was necessary.   *Taxation affirmed.*